# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

7-ELEVEN, INC.,
a Texas corporation,

     Plaintiff and Counter-Defendant,

                                   Case No. 2:13-cv-14933-GCS-MKM

v.

                                   Judge George Caram Steeh
                                   Mag. Judge Mona K. Majzoub,

Magistrate Judge
BEYDOUN SERVICE DEARBORN, INC.,
a Michigan corporation, and HUSSEIN
BEYDOUN,

     Defendants and Counter- Plaintiffs.
_____

## STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION

     This matter having come before the Court upon Defendants' Motion to Dissolve Temporary Restraining Order Issued by Wayne County Circuit Court and a Motion for Preliminary Injunction filed by Plaintiff 7-Eleven, Inc. ("Motions") and the Court having carefully reviewed the briefs and other papers submitted by the parties in connection with the Motions, and considered the arguments of the parties presented in open court;

IT IS ORDERED THAT:

1.    The Motion to Dissolve Temporary Restraining Order Issued by Wayne County Circuit Court filed by the Defendants ("Beydouns") is withdrawn with prejudice.

2.  The Motion for Preliminary Injunction filed by the Plaintiff ("7-Eleven") is granted in part.

3.  The Temporary Restraining Order issued by the Wayne County Circuit Court in this case prior to removal to this Court ("TRO") is hereby superseded by this Order.

4.  Beydouns are hereby enjoined from using in any way the 7-Eleven intellectual property including but not limited to logos, service marks, trademarks and proprietary software and hardware.

5.  Counsel for Beydouns shall timely make the Beydoun key to the store located at 6200 Greenfield Road, Dearborn, Michigan 48126 available to counsel for 7-Eleven so as to facilitate 7-Eleven's entry onto the premises beginning at 8:00 a.m. on Tuesday, February 18, 2014, at which time 7-Eleven shall de-brand the property inside and out, per their usual protocol and shall remove all 7-Eleven property, including equipment shelving, refrigeration, computers and all other related equipment owned by 7-Eleven.

6.  Plaintiff 7-Eleven, Inc. shall take any and all actions necessary to de-brand the store, inside and out including removal of trademarked materials, logos, logo types, signs, trademarks, trade dress, colors or the like.

7.  That portion of the TRO ordering the Beydouns to turn over 7-Eleven's DVR equipment remains in effect, and Beydouns are hereby ordered to return that equipment to 7-Eleven forthwith.

8.      Defendants will not destroy, sell, lien, pledge, or in any way dispose of any

of the inventory that was present in the store as of November 2, 2013.

9.      Defendants will not in any way interfere with the audit or de-branding, but

may have a single representative of Defendants present to observe those

activities.

This Order is effective as of February 10th, 2014.


**Approved as to form and substance:**


s/ T.S. Givens                                     s/ Irene Bruce Hathaway           ___
T.S. Givens (P14029)                          Irene Bruce Hathaway (P32198)
T.S. Givens, PLLC                             Miller Canfield Paddock & Stone, PLC
Attorney for Defendants                       Attorney for Plaintiff
1985 W. Big Beaver Rd., Suite 218             150 W. Jefferson Ave., Suite 2500
Troy, MI  48084                               Detroit, Michigan 48226
(248) 885-8608                                (313) 963-6420
tsgpllc@gmail.com                             hathawayi@millercanfield.com

Dated: February 13, 2014


**So Ordered.**

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated:  February 18, 2014