UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

7-ELEVEN, INC.,

    Plaintiff and Counter-Defendant,

vs.

BEYDOUN SERVICE DEARBORN INC.
and HUSSEIN BEYDOUN,

    Defendants and Counter-Plaintiffs.
_____/

Case No. 13-CV-14933

HON. GEORGE CARAM STEEH

### ORDER OF DISMISSAL WITH PREJUDICE [DOC. 32]

Defendants/counter-plaintiffs, Beydoun Service Dearborn Inc. and Hussein Beydoun, have been ordered to obtain new counsel or be prepared to proceed *pro se*. Defendants were further ordered to answer plaintiff's amended complaint by May 5, 2014. Defendants did not do so. 7-Eleven filed a motion to dismiss Beydoun's counterclaim pursuant to Fed. R. Civ. P. 41(b) as a sanction for failing to comply with the court's orders. The motion came before the court for oral argument on 7-Eleven's motion for entry of default judgment and to dismiss counterclaim on August 18, 2014, and neither of the Beydoun defendants/counter-plaintiffs, nor any representative on their behalf, appeared at the scheduled date and time. Now therefore, for the reasons stated in 7-Eleven's motion and on the record,

IT IS HEREBY ORDERED that defendants' counterclaim is DISMISSED with prejudice.

Dated: August 18, 2014

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 18, 2014, by electronic and/or ordinary mail and also on Hussein Beydoun, 6230 Middlesex, Dearborn, MI 48126, and Beydoun Service Dearborn, Inc., 6230 Middlesex, Dearborn, MI 48126.

s/Barbara Radke
Deputy Clerk